# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7111**  September Term, 2006

06cv01088

Filed On:

David William Linder,
    Appellant

v.

Paul J. McNulty,
    Appellee

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED   JUL 1 1 2007
>
> CLERK

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause, filed April 30, 2007, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the district court's orders, filed June 15 and June 30, 2006, be summarily affirmed. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). This court does not have a "deontological duty" to investigate appellant's claim. Appellant, moreover, has offered no reason to disturb the district court orders on appeal.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 10/15/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

<u>Per Curiam</u>

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk